FILED
MAY 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 50087**

In the Matter of                                                         Case Number:

Kirk Raab vs. County of Jo Daviess, Jo Daviess County
Sheriff's Office, Sheriff Leo Hefel, Chief Deputy Colin Fulrath,
and Donald Schweihs

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff Kirk Raab

| | |
|---|---|
| NAME (Type or print) <br> Martin A. Dolan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Martin A. Dolan | |
| FIRM <br> Dolan Law Offices, P.C. | |
| STREET ADDRESS <br> 10 South LaSalle Street, Suite 3712 | |
| CITY/STATE/ZIP <br> Chicago/IL/60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06198500 | TELEPHONE NUMBER <br> (312) 676-7600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |