# United States District Court for the Northern District of Illinois

Case Number: 08-5087            Assigned/Issued By: pb

## FEE INFORMATION

**Amount Due:** ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____

FILED
MAY 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Paid: _____             Fiscal Clerk: _____

## ISSUANCES

**Type Of Issuance:**
☒ Summons            ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

5 Original and 0 copies on 5/19/08 (Date) as to Defendants

C:\wpwin80\docket\feeinfo.frm    01/01