UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KIRK RAAB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No.   08 C 50087 |
| | ) |
| COUNTY OF JO DAVIESS, JO DAVIESS | ) |
| COUNTY SHERIFF'S OFFICE, SHERIFF | ) |
| LEO HEFEL in his official capacity as | ) |
| Sheriff of Jo Daviess County and his | ) |
| Individual capacity, CHIEF DEPUTY | ) |
| COLIN FULRATH, in his official capacity | ) |
| As Chief Deputy and his individual capacity, | ) |
| DONALD SCHWEIHS, in his official | ) |
| Capacity as County of Jo Daviess Public | ) |
| Defender and in his individual capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MOTION

To:   County of Jo Daviess, c/o County Clerk Jean Dimke, Jo Daviess County Courthouse, Room 108, 330 North Bench Street, Galena, Illinois 61036
Jo Daviess County Sheriff's Office, c/o Jo Daviess County Sheriff Leo Hefel, Jo Daviess County Public Safety Bldg, 330 North Bench Street, Galena, IL 61036
Sheriff Leo Hefel, Jo Daviess County Public Safety Building, 330 North Bench Street, Galena, Illinois 61036
Chief Deputy Colin Fulrath, Jo Daviess County Public Safety Building, 330 North Bench Street, Galena, Illinois 61036
Donald Schweihs, Jo Daviess County Public Defender, 609 Gear Street, Galena, Illinois 62935

PLEASE TAKE NOTICE that on the **4th day of June, 2008 at 1:30 p.m.** we shall appear before the Honorable Judge Mahoney or whomever maybe sitting in his stead in Room 206 of the United States District Court for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois 61101, and present *Plaintiff's Motion for Protective Order*, a copy of which is attached hereto and hereby served upon you.

_____/s/ Myco T. Dang_____
By one of Defendant's Attorneys

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, certifies that she served the above mentioned document, referred to herein by sending a copy via first class mail to the above named attorney at the addresses indicated above on the 19th day of May, 2008 before the hour of 5:00 p.m.

                _____/s/ Myco T. Dang_____
                One of Defendant's attorneys

**DOLAN LAW OFFICES P.C.**
10 South LaSalle Street
Suite 3712
Chicago, Illinois 60603
(312) 676-7600
ARDC#6281250