# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50087 | **DATE** | 6/9/2008 |
| **CASE TITLE** | Raab vs. County of Jo Daviess, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for a Protective Order is granted. Defendants are instructed to preserve throughout the pendency of this action all the existing and prospective data on the computers used by Jo Daviess County, the Jo Daviess County Sheriff's Office (including those of Sheriff Hefel & Chief Deputy Fulrath), and Donald Schweihs (including his work computer at the Jo Daviess County Public Defender's Office and his personal computer(s)). Data includes all email, documents, instant messages and other communications. All other communications relating to Sergeant Kirk Raab, whether in electronic form or otherwise, are also subject to this preservation order. Any document/data retention policies providing for the routine destruction of documents/data are to be suspended in order to protect the above described material from destruction during the pendency of this case. To the extent any potentially relevant documentation/data has been destroyed, removed, replaced, and/or altered since defendant Hefel took office, defendants are to notify plaintiff.

Notices mailed by Judicial staff.

*/s/ P. Michael Mahoney*

| | Courtroom Deputy Initials: | JH |
|---|---|---|