IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

KIRK RAAB

v.

COUNTY OF JO DAVIESS, JO DAVIESS
COUNTY SHERIFF'S OFFICE, SHERIFF LEO HEFEL,
CHIEF DEPUTY COLIN FULRATH, DONALD SCHWEIHS

Case　08 C 50087

Judge Reinhard

Magistrate Judge Mahoney

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**COUNTY OF JO DAVIESS, JO DAVIESS COUNTY SHERIFF'S OFFICE, SHERIFF LEO HEFEL, CHIEF DEPUTY COLIN FULRATH, DONALD SCHWEIHS**

| | |
|---|---|
| SIGNATURE<br>s/Julie A. Bruch | |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC | |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 | |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6215813 | TELEPHONE NUMBER<br>(847) 291-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| KIRK RAAB, ) | | |
| Plaintiff, ) | | Case No.: 08 c 50087 |
| ) | | |
| v. ) | | Judge Reinhard |
| ) | | |
| COUNTY OF JO DAVIESS, JO DAVIESS ) | | Magistrate Judge Mahoney |
| COUNTY SHERIFF'S OFFICE, SHERIFF ) | | |
| LEO HEFEL in his official capacity as ) | | |
| Sheriff of Jo Daviess County and his ) | | |
| Individual capacity, CHIEF DEPUTY ) | | |
| COLIN FULRATH, in his official capacity ) | | |
| DONALD SCHWEIHS, in his official ) | | |
| Capacity as County of Jo Daviess Public ) | | |
| Defender and in his individual capacity, ) | | |
| ) | | |
| Defendants. ) | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2008, I electronically filed Defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin A. Dolan                     Mark A. Rouleau
mdolan@dolanlegal.com               rouleau-law@insightbb.com

Myco T. Dang
mdang@dolanlegal.com

                                    COUNTY OF JO DAVIESS, JO DAVIESS
                                    COUNTY SHERIFF'S OFFICE, SHERIFF LEO
                                    HEFEL, CHIEF DEPUTY COLIN FULRATH,
                                    DONALD SCHWEIHS

                                    By:   s/Julie A. Bruch
                                          Julie A. Bruch # 6215813
                                          O'Halloran Kosoff Geitner & Cook, LLC
                                          650 Dundee Road, Suite 475
                                          Northbrook, Illinois 60062
                                          Telephone: (847) 291-0200
                                          Fax: (847) 291-9230
                                          E-mail: jbruch@okgc.com