IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KIRK RAAB, ) | | |
| Plaintiff, ) | | Case No.: 08 C 50087 |
| ) | | |
| v. ) | | Judge Reinhard |
| ) | | |
| COUNTY OF JO DAVIESS, JO DAVIESS ) | | Magistrate Judge Mahoney |
| COUNTY SHERIFF'S OFFICE, SHERIFF ) | | |
| LEO HEFEL in his official capacity as ) | | |
| Sheriff of Jo Daviess County and his ) | | |
| Individual capacity, CHIEF DEPUTY ) | | |
| COLIN FULRATH, in his official capacity ) | | |
| DONALD SCHWEIHS, in his official ) | | |
| Capacity as County of Jo Daviess Public ) | | |
| Defender and in his individual capacity, ) | | |
| ) | | |
| Defendants. ) | | |

**MOTION FOR EXTENSION OF TIME**

Defendants, County of Jo Daviess, Jo Daviess County Sheriff's Office, Sheriff Leo Hefel, Chief Deputy Colin Fulrath, and Donald Schweihs, by their attorneys, Julie A. Bruch and O'Halloran Kosoff Geitner & Cook, LLC, move for an extension of time to respond to plaintiff's Complaint. In support of this motion, defendants state as follows:

1.    Plaintiff filed a Complaint against defendants on May 19, 2008. Defendants were served on or about May 29, 2008.

2.    Defendants request additional time to July 3, 2008, in which to file their responsive pleading.

3.    Additional time is necessary to allow counsel for the defendants an opportunity to investigate the facts surrounding the issues raised in the complaint so that an accurate and informed response can be made to the allegations in plaintiff's complaint.

4.    No prejudice will result to the plaintiff from this short extension.

5. Plaintiff's counsel has agreed to this motion.

WHEREFORE, defendants, County of Jo Daviess, Jo Daviess County Sheriff's Office, Sheriff Leo Hefel, Chief Deputy Colin Fulrath, and Donald Schweihs, respectfully request that this Honorable Court grant them to July 3, 2008 to respond to Plaintiff's Complaint.

COUNTY OF JO DAVIESS, JO DAVIESS COUNTY SHERIFF'S OFFICE, SHERIFF LEO HEFEL, CHIEF DEPUTY COLIN FULRATH, DONALD SCHWEIHS

By: s/Julie A. Bruch
Julie A. Bruch # 6215813
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
Fax: (847) 291-9230
E-mail: jbruch@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KIRK RAAB, | ) | |
|           Plaintiff, | ) | Case No.: 08 C 50087 |
| | ) | |
| v. | ) | Judge Reinhard |
| COUNTY OF JO DAVIESS, JO DAVIESS | ) | Magistrate Judge Mahoney |
| COUNTY SHERIFF'S OFFICE, SHERIFF | ) | |
| LEO HEFEL in his official capacity as | ) | |
| Sheriff of Jo Daviess County and his | ) | |
| Individual capacity, CHIEF DEPUTY | ) | |
| COLIN FULRATH, in his official capacity | ) | |
| DONALD SCHWEIHS, in his official | ) | |
| Capacity as County of Jo Daviess Public | ) | |
| Defender and in his individual capacity, | ) | |
| | ) | |
|           Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed Defendants' Motion for Extension of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin A. Dolan                             Mark A. Rouleau
mdolan@dolanlegal.com            rouleau-law@insightbb.com

Myco T. Dang
mdang@dolanlegal.com

                                      COUNTY OF JO DAVIESS, JO DAVIESS COUNTY SHERIFF'S OFFICE, SHERIFF LEO HEFEL, CHIEF DEPUTY COLIN FULRATH, DONALD SCHWEIHS

                                      By:    s/Julie A. Bruch
                                               Julie A. Bruch # 6215813
                                               O'Halloran Kosoff Geitner & Cook, LLC
                                               650 Dundee Road, Suite 475
                                               Northbrook, Illinois 60062
                                               Telephone:  (847) 291-0200
                                               Fax: (847) 291-9230
                                               E-mail:  jbruch@okgc.com