**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| KIRK RAAB, | ) | |
|     Plaintiff, | ) | Case No.: 08 c 50087 |
| | ) | |
| v. | ) | Judge Reinhard |
| | ) | |
| COUNTY OF JO DAVIESS, JO DAVIESS | ) | Magistrate Judge Mahoney |
| COUNTY SHERIFF'S OFFICE, SHERIFF | ) | |
| LEO HEFEL in his official capacity as | ) | |
| Sheriff of Jo Daviess County and his | ) | |
| Individual capacity, CHIEF DEPUTY | ) | |
| COLIN FULRATH, in his official capacity | ) | |
| DONALD SCHWEIHS, in his official | ) | |
| Capacity as County of Jo Daviess Public | ) | |
| Defender and in his individual capacity, | ) | |
| | ) | |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To:   All Attorneys of Record

YOU ARE HEREBY NOTIFIED that on the **20th day of June, 2008, at 1:30 p.m.,** we shall appear before the Honorable Judge P. Michael Mahoney in courtroom 206 usually occupied by him at the U.S. District Court, 211 S. Court Street, Rockford, Illinois, and shall present the Defendants' Motion For Extension of Time at which time and place you may appear if you wish to do so.

          COUNTY OF JO DAVIESS, JO DAVIESS COUNTY SHERIFF'S OFFICE, SHERIFF LEO HEFEL, CHIEF DEPUTY COLIN FULRATH, DONALD SCHWEIHS

          By:   s/Julie A. Bruch
                Julie A. Bruch # 6215813
                O'Halloran Kosoff Geitner & Cook, LLC
                650 Dundee Road, Suite 475
                Northbrook, Illinois 60062
                Telephone:  (847) 291-0200
                Fax: (847) 291-9230
                E-mail:  jbruch@okgc.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| KIRK RAAB, | ) | |
| Plaintiff, | ) | Case No.: 08 c 50087 |
| | ) | |
| v. | ) | Judge Reinhard |
| COUNTY OF JO DAVIESS, JO DAVIESS | ) | Magistrate Judge Mahoney |
| COUNTY SHERIFF'S OFFICE, SHERIFF | ) | |
| LEO HEFEL in his official capacity as | ) | |
| Sheriff of Jo Daviess County and his | ) | |
| Individual capacity, CHIEF DEPUTY | ) | |
| COLIN FULRATH, in his official capacity | ) | |
| DONALD SCHWEIHS, in his official | ) | |
| Capacity as County of Jo Daviess Public | ) | |
| Defender and in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed Defendants' Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin A. Dolan
mdolan@dolanlegal.com

Mark A. Rouleau
rouleau-law@insightbb.com

Myco T. Dang
mdang@dolanlegal.com

COUNTY OF JO DAVIESS, JO DAVIESS COUNTY SHERIFF'S OFFICE, SHERIFF LEO HEFEL, CHIEF DEPUTY COLIN FULRATH, DONALD SCHWEIHS

By:     s/Julie A. Bruch
Julie A. Bruch # 6215813
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone:  (847) 291-0200
Fax: (847) 291-9230
E-mail:  jbruch@okgc.com