UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KIRK RAAB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.   08 C 50087 |
| ) | |
| COUNTY OF JO DAVIESS, JO DAVIESS ) | |
| COUNTY SHERIFF'S OFFICE, SHERIFF ) | |
| LEO HEFEL in his official capacity as ) | |
| Sheriff of Jo Daviess County and his ) | |
| Individual capacity, CHIEF DEPUTY ) | |
| COLIN FULRATH, in his official capacity ) | |
| As Chief Deputy and his individual capacity,) | |
| DONALD SCHWEIHS, in his official ) | |
| Capacity as County of Jo Daviess Public ) | |
| Defender and in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

### PLAINTIFF KIRK RAAB'S AGREED MOTION TO WITHDRAW MYCO T. DANG AS COUNSEL OF RECORD FOR PLAINTIFF

Plaintiff, KIRK RAAB, by and through his attorneys, Dolan Law Offices, P.C., moves to withdraw Myco T. Dang as counsel of record for Plaintiff, and states in support as follows:

1.   Myco T. Dang is leaving the firm of Dolan Law Offices, P.C., attorneys for Plaintiff.

2.   Defendants have no objection to Myco T. Dang withdrawing as counsel of record for Plaintiff.

3.   Martin A. Dolan is still lead counsel and trial counsel of record for Kirk Raab.

**WHEREFORE,** Plaintiff, Kirk Raab moves this Court allow Myco T. Dang to withdraw as counsel of record for Plaintiff *instanter*.

Date: June 24, 2008

                                               By: /s/ Myco T. Dang
                                                One of the Attorneys for Plaintiff

DOLAN LAW OFFICES, P.C.
10 South LaSalle Street
Suite 3712
Chicago, Illinois 60603
ARDC # 6281250