# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50087 | **DATE** | 6/30/2008 |
| **CASE TITLE** | RAAB vs. JO DAVIESS | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to withdraw Myco T. Dang as counsel for plaintiff is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | GG |
|---|---|---|