IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KIRK RAAB, ) | | |
| Plaintiff, ) | | Case No.: 08 C 50087 |
| v. ) | | Judge Reinhard |
| ) | | |
| COUNTY OF JO DAVIESS, JO DAVIESS ) | | Magistrate Mahoney |
| COUNTY SHERIFF'S OFFICE, SHERIFF ) | | |
| LEO HEFEL in his official capacity as ) | | |
| Sheriff of Jo Daviess County and his ) | | |
| Individual capacity, CHIEF DEPUTY ) | | |
| COLIN FULRATH, in his official capacity ) | | |
| DONALD SCHWEIHS, in his official ) | | |
| Capacity as County of Jo Daviess Public ) | | |
| Defender and in his individual capacity, ) | | |
| Defendants. ) | | |

## NOTICE OF MOTION

To:   All Attorneys of Record

YOU ARE HEREBY NOTIFIED that on the **16th day of July, 2008, at 1:30 p.m.,** we shall appear before the Honorable Judge P. Michael Mahoney in courtroom 206 usually occupied by him at the U.S. District Court, 211 S. Court Street, Rockford, Illinois, and shall present the Defendants' Motion to Dismiss at which time and place you may appear if you wish to do so.

> COUNTY OF JO DAVIESS, JO DAVIESS COUNTY SHERIFF'S OFFICE, SHERIFF LEO HEFEL, CHIEF DEPUTY COLIN FULRATH, DONALD SCHWEIHS
>
> By:   s/Julie A. Bruch
> Julie A. Bruch # 6215813
> O'Halloran Kosoff Geitner & Cook, LLC
> 650 Dundee Road, Suite 475
> Northbrook, Illinois 60062
> Telephone:  (847) 291-0200
> Fax: (847) 291-9230
> E-mail:  jbruch@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KIRK RAAB,              )<br>                         Plaintiff,    )<br>                                      )<br>v.                                   )<br>COUNTY OF JO DAVIESS, JO DAVIESS)<br>COUNTY SHERIFF'S OFFICE, SHERIFF)<br>LEO HEFEL in his official capacity as   )<br>Sheriff of Jo Daviess County and his    )<br>Individual capacity, CHIEF DEPUTY    )<br>COLIN FULRATH, in his official         )<br>capacity DONALD SCHWEIHS, in his   )<br>official Capacity as County of Jo Daviess)<br>Public Defender and in his individual   )<br>capacity,                               )<br>                         Defendants.  ) | Case No.: 08 c 50087<br><br>Judge Reinhard<br>Magistrate Judge Mahoney |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, I electronically filed Defendants' Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Martin A. Dolan                             Mark A. Rouleau
mdolan@dolanlegal.com            rouleau-law@insightbb.com

Myco T. Dang
mdang@dolanlegal.com

            COUNTY OF JO DAVIESS, JO DAVIESS COUNTY SHERIFF'S OFFICE, SHERIFF LEO HEFEL, CHIEF DEPUTY COLIN FULRATH, DONALD SCHWEIHS

            By: s/Julie A. Bruch
               Julie A. Bruch # 6215813
               O'Halloran Kosoff Geitner & Cook, LLC
               650 Dundee Road, Suite 475
               Northbrook, Illinois 60062
               Telephone:  (847) 291-0200
               Fax: (847) 291-9230