IN THE CIRCUIT COURT OF NORTHERN DISTRICT OF ILLINOIS

Kirk Raab

                                  Plaintiff(s)    |   Court No.: 08 C 50087

VS.

County of Jo Daviess, et al.,

                                  Defendant(s)

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

_Danielle Loss_, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: <u>Summons and Complaint</u>

Defendant to be served: <u>Jo Daviess County Chief Deputy Colin Fulrath Jo Daviess County Public Safety Building</u>

**SERVED**/NON-SERVED the within named defendant on: <u>5/30/08</u> @ <u>9:47</u> **AM**/PM

ADDRESS WHERE ATTEMPTED OR SERVED: <u>330 North Bench Street</u>
<u>Galena, Illinois 61036</u>

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age <u>38</u>    Gender **M** F    Race <u>Wht</u>    Height <u>6'</u>    Weight <u>180</u>    Hair <u>Brn</u>    Glasses Y **N**

___ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

_X_ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: <u>Brian Metton</u>
(Relationship): <u>Lt.</u>, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on
_____.

___ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with _____,
(Title) _____, a person authorized to accept service and informed that person of the contents thereof.

___ **POSTED**

___ **NON-SERVICE** for the reason that after diligent investigation found
_____
_____
_____

Additional Comments
_____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this <u>3</u> day of
<u>June</u>, 2008

_Amanda Muller_

                                                _Danielle Loss_
                                                Signature of Process Server

OFFICIAL SEAL
AMANDA MULLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/14/10

Job ID: 422161

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/30/08 |
| NAME OF SERVER (PRINT) Danielle Kloss | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: 330 N. Bench St Galena IL 61036

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Brian Melton

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/30/08        *Danielle Kloss*
               Date           Signature of Server

                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.