UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KIRK RAAB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No.   08 C 50087 |
| | ) |
| COUNTY OF JO DAVIESS, JO DAVIESS | ) |
| COUNTY SHERIFF'S OFFICE, SHERIFF | ) |
| LEO HEFEL in his official capacity as | ) |
| Sheriff of Jo Daviess County and his | ) |
| Individual capacity, CHIEF DEPUTY | ) |
| COLIN FULRATH, in his official capacity | ) |
| As Chief Deputy and his individual capacity,| ) |
| DONALD SCHWEIHS, in his official | ) |
| Capacity as County of Jo Daviess Public | ) |
| Defender and in his individual capacity, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:   Julie A. Bruch, Esq.
      O'Halloran Kosoff Geitner & Cook, LLC
      650 Dundee Road, Fourth Floor
      Northbrook, IL 60062

PLEASE TAKE NOTICE that on the 25th day of July 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, <u>Plaintiff's Answers to Defendant's Affirmative Defenses</u>, a copy of which is attached to this notice of filing.

          /s/ Martin A. Dolan_____
          By an Attorney for Kirk Raab

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the above mentioned document, referred to herein by sending a copy via first class mail to the above named attorney at the address indicated above on the 25th of July, 2008 before the hour of 6:00 p.m.

          /s/ Martin A. Dolan_____
          By an Attorney for Kirk Raab

**DOLAN LAW OFFICES P.C.**
10 South LaSalle Street
Suite 3712
Chicago, Illinois 60603
(312) 676-7600
ARDC#6281250