UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KIRK RAAB, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   -vs- | )   No.   08 C 50087 |
| | ) |
| COUNTY OF JO DAVIESS, JO DAVIESS | ) |
| COUNTY SHERIFF'S OFFICE, SHERIFF | ) |
| LEO HEFEL in his official capacity as | ) |
| Sheriff of Jo Daviess County and his | ) |
| Individual capacity, CHIEF DEPUTY | ) |
| COLIN FULRATH, in his official capacity | ) |
| As Chief Deputy and his individual capacity, | ) |
| DONALD SCHWEIHS, in his official | ) |
| Capacity as County of Jo Daviess Public | ) |
| Defender and in his individual capacity, | ) |
| | ) |
|     Defendants. | ) |

## NOTICE OF MOTION

To: Julie Bruch, O'Halloran Kosoff Geitner & Cook, LLC 650 Dundee Road, Fourth Floor, Northbrook, IL 60062

PLEASE TAKE NOTICE that on the **13th of August at 1:30 p.m.,** we shall appear before the Honorable Judge Mahoney or whomever maybe sitting in his stead in Room 206 of the United States District Court for the Northern District of Illinois, Western Division, 211 South Court Street, Rockford, Illinois 61101, and present **Plaintiff's Motion for Extension of Time,** a copy of which is attached hereto and hereby served upon you.

                                                      ____/s/ Martin A. Dolan_____
                                                      One of Plaintiff's Attorneys

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he served the above mentioned document, referred to herein by sending a copy via e-file to the above named attorney at the addresses indicated above on the 7th day of August, 2008 before the hour of 5:00 p.m.

                                                      _____/s/ Martin A. Dolan
                                                      One of Plaintiff's Attorneys

**DOLAN LAW OFFICES P.C.**
10 South LaSalle Street
Suite 3712
Chicago, Illinois 60603
(312) 676-7600
ARDC#6281250