**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Western Division**

Kirk Raab

                        Plaintiff,

v.                                                      Case No.: 3:08−cv−50087
                                                     Honorable Philip G. Reinhard

County Of Jo Daviess, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney: Initial Pretrial conference held on 8/13/2008. Plaintiff's Motion for extension of time [32] is granted. Set deadlines as to motion to dismiss[21] : Responses due by 9/3/2008, Replies due by 9/17/2008. Case management order approved. FRCP 26(a)(1) disclosure due 8/31/08. FRCP 26(a)(2) reserved. Depositions limited to 5 hours. Amended Pleadings due by 2/16/2009. Fact discovery closed 4/30/09. Dispositive motions due 6/1/09. Discovery Hearing set for 11/5/2008 at 01:30 PM. (glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.