UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| KIRK RAAB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 08 C 50087 |
| | ) |
| COUNTY OF JO DAVIESS, JO DAVIESS | ) |
| COUNTY SHERIFF'S OFFICE, SHERIFF | ) |
| LEO HEFEL in his official capacity as | ) |
| Sheriff of Jo Daviess County and his | ) |
| Individual capacity, CHIEF DEPUTY | ) |
| COLIN FULRATH, in his official capacity | ) |
| As Chief Deputy and his individual capacity, | ) |
| DONALD SCHWEIHS, in his official | ) |
| Capacity as County of Jo Daviess Public | ) |
| Defender and in his individual capacity, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF FILING

To:  Julie A. Bruch, Esq.
     O'Halloran Kosoff Geitner & Cook, LLC
     650 Dundee Road, Fourth Floor
     Northbrook, IL 60062

   PLEASE TAKE NOTICE that on the 3rd day of September 2008, the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, <u>Plaintiff's Memorandum of Law in Opposition to Defendants Motion to Dismiss</u>, a copy of which is attached to this notice of filing.

                                   ____/s/ Martin A. Dolan_____
                                   By an Attorney for Kirk Raab

CERTIFICATE OF SERVICE

   The undersigned, an attorney, certifies that he served the above mentioned document, referred to herein by sending a copy via first class mail & Facsimile to the above named attorney at the address indicated above on the 3rd day of September, 2008.

                                   _____/s/ Martin A. Dolan_____
                                   By an Attorney for Kirk Raab

DOLAN LAW OFFICES P.C.
10 South LaSalle Street Suite 3712
Chicago, Illinois 60603
(312) 676-7600
ARDC#6281250