# United States District Court
## Northern District of Illinois
**Western Division**

Kirk Raab                                **JUDGMENT IN A CIVIL CASE**

               v.                                Case Number: 08 C 50087

County Of Jo Daviess et al                  Judge: Philip G. Reinhard

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court grants summary judgment in favor of the defendants as to all claims.

                                                                  Michael W. Dobbins, Clerk of Court

Date: 8/5/2010

                                                                    /s/ Jennifer Titak, Deputy Clerk